

**pryde**group

Neil Pryde Limited
20/F YKK Building - Phase 2,
2 San Lik Street, Tuen Mun, Hong Kong
Tel: (852) 2456 6500  Fax: (852) 2455 9208
E-mail: np@neilpryde.com
Website: www.pryde-group.com

Our Ref: NPL303/072004

RECEIVED
JUL 29
LEGAL DEPT.

20 July 2004

K2 Corporation
19215 Vashon Hwy SW,
Vashon, WA 98070-5236
USA

By Registered Airmail

Attn: Ms. Julie VanDerZanden, General Counsel

Dear Ms. VanDerZanden,

Re: K2 Rear Entry Binding  (SNOW-5-7294)

I refer to our meeting at ISPO in February this year concerning possible infringement of Flow patents.

We own all right, title and interest in United States patent number 5,971,423 issued on October 26, 1999. The claims of this patent cover a binding for athletic gear having a reclining back and a pivoting instep element pivoting between an open position forming between them an opening for insertion of the shoe or foot and a closed position for holding the shoe or foot. A coupling device connects the heel element and the instep element so that they pivot against each other.

The arrangement of the new K2 binding appears to be sufficiently similar to at least claim 1 of this patent for us to notify you of our rights in this area.

In light of the above we would like to discuss possible infringement of this patent by the new K2 rear entry binding. We believe that the sooner we can discuss the nature of the infringement and resolve this matter amicably the better for everyone.




We look forward to hearing from you.

Regards,

Yours faithfully,

NEIL PRYDE
Managing Director
Neil Pryde Limited

Cc: Mr. Michael Flint
    Mr. Anthony Scaturro



| | |
|---|---|
| Postal administration of origin / administration des postes d'origine | Hongkong Post 香港郵政 | ADVICE of Delivery / AVIS de RECEPTION 派遞通知書 |
| | CN 07 (old C5) |

Office of posting / Bureau de dépôt: **TUEN MUN CENTRAL**
Date: **31-7-2004**

Addressee of the item / Destinataire de l'envoi:
Ms. Julie VanDerZanden
K2 Corporation 19215 Vashon Hwy SW
Vashon, WA 98070-5236 USA

[✓] Letter / Lettre
[ ] Printed papers / Imprimé
[ ] Parcel / Colis
[ ] Registered / Recommandé
[✓] Recorded delivery / Livraison attestée
[ ] Insured value / Valeur déclarée

Item No. / N° de l'envoi: **RR841105726HK**

To be completed at the point of destination / à compléter à destination

The item mentioned above has been duly delivered / L'envoi mentionné ci-dessus a été dûment remis

Date and signature / Date et signature

Return to / Renvoyer à:
Name/Co. Name / Nom ou raison sociale: **PRYDE GROUP**
Street and No. / Rue et n°: **20/F YKK Building Phase 2, 2 San Lik Street, Tuen Mun, NT**
Locality and country / Localité et pays: **Hong Kong**

On postal service / Service des postes
Stamp of the office returning the advice / Timbre du bureau renvoyant l'avis