**Jerry Nagae**

| | |
|---|---|
| **From:** | Anthony Scaturro [anthony@flow.com] |
| **Sent:** | Wednesday, July 06, 2005 3:32 PM |
| **To:** | Alex_Draper@k2sports.com; Julie_VanDerZanden@k2sports.com |
| **Cc:** | andreafong@wilgrist.com; jerry@cojk.com; Julie VanDerZanden; Mike.Flint@marksclerk.com; np@pryde-group.com; rdodge@cojk.com |
| **Subject:** | Flow / K2 Licensing Agreement |

Dear Ms. VanDerZanden,

I am sending you this email as a reminder of our phone conversation back in the week of June 20th 2005. After discussing the draft contract that has been sent to you we agreed that you would follow up with Alex Draper upon his return from his travels. You would also discuss the matter further with your outside Legal Counsel. You would then come back to Flow immediately thereafter in order to make any counter proposals or otherwise to execute a final draft of the Licensing Agreement. We had agreed that the contract negotiations should be able to move along quite quickly assuming all parties remained diligent and reasonable. I informed you that we (Neil Pryde Limited) was setting a deadline to complete the negotiations and execute and agreement. This deadline was July 30th 2005. This deadline remains in effect.

If we are not able to resolve this matter by the aforementioned deadline Neil Pryde Limited will execute it legal rights to defend it's property and will pursue the matter to the limit of the law.

I am looking forward to your response.

Sincerely,
Anthony Scaturro


PLEASE UPDATE YOUR RECORDS-THIS INFORMATION IS NEW
Anthony Scaturro
Flow International - Division Manager
President - Adventure Sports Inc.
Mobile Phone: (1) (415) 335 - 5611
Main Office Phone: (1) (949) 361 - 5260
Main Office Fax: (1) (949) 361- 5261
Anthony Direct Fax: (1) 949 - 361 - 5262
Email : anthony@flow.com
------------------------------------------------------------

Hong Kong Office Phone: (852) 2456 - 6566 _____



THE PRYDE GROUP
Neil Pryde Limited. - 20/F YKK Building Phase 2, No. 2 San Lik Street, Tuen Mun,
N.T. Hong Kong SAR.   Tel: (852) 2456 6566    Fax : (852) 2456 3471
www.pryde-group.com        www.neilpryde.com        www.flow.com
www.jp-australia.com
www.cabrinhakites.com    www.neilprydewaterwear.com
www.neilprydemanufacturing.com

================================================
Disclaimers: This email and any files transmitted with it are confidential, and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email by error, please notify Neil Pryde Limited by returning mail to the sender and delete it from your system. You may not copy this email or disclose its contents, or disseminate it to anyone

1