CO-386-online
10/03

# United States District Court
# For the District of Columbia

K-2 CORPORATION, an Indiana corporation, )
)
)
)
        vs        Plaintiff )      Civil Action No._____
)
GOODWELL INTERNATIONAL LTD, a Virgin )
Island (Br.) Limited Company and NEIL )
PRYDE LIMITED, a Hong Kong corporation )
)
        Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __K-2 Corporation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __K-2, Inc.__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature: Alex M. Bullock]_
Signature

D. C. Bar No. 446168
BAR IDENTIFICATION NO.

Alexander M. Bullock
Print Name

607 14th Street, NW, Suite 900
Address

Washington, DC   20005
City        State        Zip Code

(202) 508-5800
Phone Number