| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court District of Columbia on the following: _X_ **Patents** or ___ Trademarks:

| **DOCKET NO.**<br>1:05-cv-01426-RBW | **DATE FILED**<br>7/19/05 | **US District Court** District of Columbia |
|---|---|---|
| PLAINTIFF<br><br>K-2 CORPORATION | | DEFENDANT<br><br>GOODWELL INTERNATIONAL LIMITED<br><br>, et al. |
| **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** |
| 1. 5,971,423 | 6. | 11. |
| 2. | 7. | 12. |
| 3. | 8. | 13. |
| 4. | 9. | 14. |
| 5. | 10. | 15. |

In the above-entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br><br>__ Amendment __ Answer __ Cross Bill __ Other Pleading | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** |

| | | |
|---|---|---|
| 1. | 6. | 11. |
| 2. | 7. | 12. |
| 3. | 8. | 13. |
| 4. | 9. | 14. |
| 5. | 10. | 15. |

In the above-entitled case, the following decision has been rendered or judgment issued:

| |
|---|
| DECISION/JUDGMENT |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Nancy Mayer-Whittington | jeb | 7/22/05 |

Copy 1-Upon initiation of action, mail this copy to Director

Copy 3-Upon termination of action, mail this copy to Director

Copy 2-Upon filing document adding patent(s), mail this copy to Director

Copy 4-Case file copy