**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

)
K-2 CORPORATION,                                     )
                                                     )
                    Plaintiff,                       )
                                                     )
         v.                                          )        Civil Action No. 05-1426 (RBW)
                                                     )
GOODWELL INTERNATIONAL LTD.,                         )
et al.,                                              )
                                                     )
                    Defendants.                      )
                                                     )
_____             )

**ORDER**

On July 19, 2005, the plaintiff filed this action seeking a declaratory judgment pursuant to

28 U.S.C. §§ 2201, 2202 (2000).  However, since filing the complaint, the plaintiff has made no

effort to pursue prosecuting the above-captioned case.  Accordingly, it is hereby this 21st day of

December, 2005

**ORDERED**, that the plaintiff shall show cause by January 6, 2006, why this case should

not be dismissed for want of prosecution.  Failure to respond to this order will result in the above

captioned case being dismissed.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge