UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| K-2 CORPORATION, an Indiana corporation,<br>19215 Vashon Highway SW<br>Vashon, WA  98070<br>        Plaintiff,<br>v.<br><br>GOODWELL INTERNATIONAL LIMITED,<br>a Virgin Islands (Br.) Limited Company<br><br>NEIL PRYDE LIMITED, a Hong Kong corporation<br>        Defendants. | Civil Action No.: 05cv01426 |

### NOTICE OF FILING OF RETURN OF SERVICE

Please take notice that the Plaintiff K-2 Corporation hereby submits Notice of Filing of Return of Service of the Summons and Complaint upon the Defendants Goodwell International, Limited, and Neil Pryde Limited. Counsel has agreed to accept service on behalf of both defendants. Copies of the correspondence confirming this agreement are attached to this Notice. (Ex. 1). In addition to this correspondence, K-2 Corporation hereby submits the Return of Service form for both defendants. (Ex. 2).

Respectfully submitted,

_____
Alexander M. Bullock (Bar # 446168)
KILPATRICK STOCKTON, LLP
607 14th Street, NW, Suite 900
Washington, DC  20037
Telephone: (202) 824-1416
Facsimile: (202) 585-0065
E-Mail:  abullock@kilpatrickstockton.com

December 21, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of December, 2005, I caused to be served a true and correct copy of the foregoing Notice of Filing of Return of Service by U. S. Mail and electronic mail addressed to the following:

John E. Gartman, Esq.
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, CA 92130

Counsel for Goodwell International, Limited
and Neil Pryde Ltd.

_____
Alexander M. Bullock

# Exhibit 1

# FISH & RICHARDSON P.C.

12390 El Camino Real
San Diego, California
92130

Telephone
858 678-5070

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

**VIA FACSIMILE & U.S. MAIL**

Facsimile
858 678-5099

October 31, 2005

Web Site
www.fr.com

Jerald E. Nagae, Esq.
Christensen O'Connor Johnson & Kindness
1420 5th Avenue, Ste. 2800
Seattle, Washington 98101



Re:   K-2 Corporation v. Goodwell International Limited, et al.
      USDC District of Columbia Court No: 05-cv-01426 RBW

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Dear Mr. Nagae:

This confirms our conversation earlier today.

You had called me last week to discuss whether I would accept service of the complaint on behalf of Goodwell International Limited and Neil Pryde Limited, putting aside the required service formalities of the Hague Convention.

I said I would accept service in exchange for an extension of time to answer or otherwise respond to the complaint. You agreed to extend defendants' response to 60 days from service of the complaint.

Please give me a call if this does not accurately reflect our agreement.

Sincerely,

John E. Gartman

JEG/cjc

10566341.doc

**CHRISTENSEN O'CONNOR JOHNSON KINDNESS**ᴾᴸᴸᶜ

Law Off

Intellectual Property Law
and Related Litigation

1420 Fifth Avenue, Suite 2800
Seattle, Washington 98101-2347

206.682.8100 *phone*
206.224.0779 *fax*
www.cojk.com

November 2, 2005

**VIA FEDERAL EXPRESS**

John E. Gartman, Esq.
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130

> Re: *K2 Corp v. Neil Pryde Ltd & Goodwell Intl Ltd.*
> USDC Western District of Washington
> Case No. 05cv01426
> Our Reference: KCOS-6-2730

Dear Mr. Gartman:

Pursuant to our discussion and your letter of October 31, 2005 indicating you would accept service on behalf of Goodwell International Limited and Neil Pryde Limited, enclosed please find the following:

1. Original Summons to Goodwell International;
2. Original Summons to Neil Pryde Limited;
3. Complaint for Declaratory Judgment of Non-Infringement of Patent;
4. Certificate Rule LCvR 7.1; and
5. Report on the Filing or Determination of an Action Regarding a Patent or Trademark.

As agreed, your clients will have 60 days from your receipt of the above documents to respond to the complaint.

KCOS\2730L.DOC

John E. Gartman, Esq.
November 2, 2005
Page 2

Please include our above-referenced file number in all correspondence regarding this matter.

Very truly yours,
CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>

Jerald E. Nagae
Direct Dial No. 206.695.1705
E-Mail Address: nagae@cojk.com

JEN:jlb

Enclosures:
  As Noted

cc: Julie VanDerZanden, Esq.
    W. David Shenk, Esq. (w/out encls.)

KCOS\2730L.DOC

# Exhibit 2

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE November 2, 2005 |
| NAME OF SERVER *(PRINT)* Jerald E. Nagae | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): <u>Defendant Neil Pryde, Ltd. agreed to accept service through its counsel, John E. Gartman, Esq.</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/20/05
Date

Signature of Server

1920 5th Ave., Seattle, WA 98101
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE November 2, 2005 |
| NAME OF SERVER *(PRINT)* Jerald E. Nagae | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify): Defendant Goodwell International Limited agreed to accept service through its counsel, John E. Gartman, Esq.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/20/05  
          Date

*Signature of Server*

1420 - 5th Ave., Suite 2800  
Seattle, WA 98101  
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.