## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| K-2 CORPORATION, an Indiana corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOODWELL INTERNATIONAL LIMITED, a Virgin Islands (Br.) Limited Company; and NEIL PRYDE LIMITED, a Hong Kong corporation,<br><br>　　　　　Defendants | Case No. 1:05CV01426 (RBW) |

### **DEFENDANTS' MOTION TO PERMIT COUNSEL TO APPEAR *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), Defendants Goodwell International Limited and Neil Pryde Limited respectfully move this Court for an order permitting the appearance *pro hac vice* of Defendants' counsel: John Gartman ("Applicant").

This motion is sponsored by Linda Liu Kordziel, a member of the bar of this Court and co-counsel in this case. The Applicant is an attorney with Fish & Richardson P.C. and has never been disciplined by any bar. Other than the present case, the Applicant has not applied to be admitted *pro hac vice* in this Court within the last two years.

This motion is accompanied by the Applicant's declaration as required by Local Civil Rule 83.2(d).

Dated:  January 10, 2006                                         FISH & RICHARDSON P.C.


By:          /s/ Linda Liu Kordziel
    Linda Liu Kordziel (D.C. Bar No. 446386)
    Fish & Richardson P.C.
    1425 K Street, N.W., 11th Floor
    Washington, DC 20005
    Telephone: 202-783-5070
    Facsimile: 202-783-2331
    Email:  kordziel@fr.com

    John Gartman (pro hac vice application pending)
    Todd Miller (pro hac vice application pending)
    Fish & Richardson P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Telephone:   858-678-5070
    Facsimile:  858-678-5099
    Email:  gartman@fr.com
    Email:  miller@fr.com

    Attorneys for Defendants
    Goodwell International Limited and
    Neil Pryde Limited