# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| K-2 CORPORATION, an Indiana corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOODWELL INTERNATIONAL LIMITED, a Virgin Islands (Br.) Limited Company; and NEIL PRYDE LIMITED, a Hong Kong corporation,<br><br>　　　　Defendants | Case No. 1:05CV01426 (RBW) |

## PROPOSED ORDER

Defendants Goodwell International Limited's and Neil Pryde Limited's motion for an order permitting the appearance *pro hac vice* of Defendants' counsel: John Gartman is hereby GRANTED.

SO ORDERED on this ____ day of January, 2006.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Reggie B. Walton
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge