UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

K-2 CORPORATION, an Indiana corporation,

    Plaintiff,

v.

GOODWELL INTERNATIONAL LIMITED, a Virgin Islands (Br.) Limited Company; and NEIL PRYDE LIMITED, a Hong Kong corporation,

    Defendants

Case No. 1:05CV01426 (RBW)

## DEFENDANTS' MOTION TO PERMIT COUNSEL TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Defendants Goodwell International Limited and Neil Pryde Limited respectfully move this Court for an order permitting the appearance *pro hac vice* of Defendants' counsel: Todd Miller ("Applicant").

This motion is sponsored by Linda Liu Kordziel, a member of the bar of this Court and co-counsel in this case. The Applicant is an attorney with Fish & Richardson P.C. and has never been disciplined by any bar. Other than the present case, the Applicant has not applied to be admitted *pro hac vice* in this Court within the last two years.

This motion is accompanied by the Applicant's declaration as required by Local Civil Rule 83.2(d).

Dated:  January 10, 2006                         FISH & RICHARDSON P.C.


By:      /s/ Linda Liu Kordziel
    Linda Liu Kordziel (D.C. Bar No. 446386)
    Fish & Richardson P.C.
    1425 K Street, N.W., 11th Floor
    Washington, DC 20005
    Telephone: 202-783-5070
    Facsimile: 202-783-2331
    Email:  kordziel@fr.com

    John Gartman (pro hac vice application pending)
    Todd Miller (pro hac vice application pending)
    Fish & Richardson P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Telephone:   858-678-5070
    Facsimile:  858-678-5099
    Email:  gartman@fr.com
    Email:  miller@fr.com

    Attorneys for Defendants
    Goodwell International Limited and
    Neil Pryde Limited