UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| K-2 CORPORATION, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOODWELL INTERNATIONAL LIMITED, a Virgin Islands (Br.) Limited Company; NEIL PRYDE LIMITED, a Hong Kong corporation,<br><br>Defendant | Case No. 1:05CV01426 |

## DECLARATION OF TODD G. MILLER TO APPEAR PRO HAC VICE

I, Todd G. Miller, declare as follows:

1. My full name is Todd Glen Miller. I submit this Declaration pursuant to Local Civil Rule 83.2(d) in support of a motion that I be permitted to appear on behalf of Defendants in the above action.

2. I am an attorney with the firm Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. My telephone number is (858) 678-5070.

3. I am a member in good standing of the bars of the (1) United States District Court for the State of California, Northern District, (2) United States District Court for the State of California, Southern District, (3) United States District Court for the State of California, Central District, (4) Supreme Court of California, and (5) United States Court of Appeal for the Federal Circuit, without any restriction on my eligibility to practice. I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

4. I certify that I have not been disciplined by any bar and that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.      I am not currently admitted in any cases in this District. Other than the present case, I have not within the preceding 24 months applied to be admitted in any cases in this District.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6th, 2006

Todd G. Miller
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099
Email: miller@fr.com

Counsel for Defendants
Goodwell International Limited and Neil Pryde Limited

10581365.doc