# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| K-2 CORPORATION, an Indiana corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>GOODWELL INTERNATIONAL LIMITED, a Virgin Islands (Br.) Limited Company; and NEIL PRYDE LIMITED, a Hong Kong corporation,<br><br>       Defendant. | Case No. 1:05CV01426 (RBW) |

## CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1

I, the undersigned, counsel of record for Defendants Goodwell International Limited and Neil Pryde Limited, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Defendants which have any outstanding securities in the hands of the public:

**None**

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  January 10, 2006

FISH & RICHARDSON P.C.

By:___/s/ Linda Liu Kordziel

Linda Liu Kordziel (D.C. Bar # 446386)
Fish & Richardson P.C.
1425 K Street, N.W., 11th floor
Washington, D.C.  20005
Telephone:  202-783-5070
Facsimile:  202-783-2331
Email:  kordziel@fr.com

John E. Gartman (*pro hac vice* application pending)
Todd G. Miller (*pro hac vice* application pending)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:   858-678-5070
Facsimile:  858-678-5099
Email:  gartman@fr.com
Email:  miller@fr.com

Attorneys for Defendants
Goodwell International Limited and Neil Pryde
Limited

10581389 (2).doc

2