UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

K-2 CORPORATION, an Indiana
corporation,
19215 Vashon Highway SW
Vashon, WA 98070
       Plaintiff,
v.

GOODWELL INTERNATIONAL LIMITED,
a Virgin Islands (Br.) Limited Company

NEIL PRYDE LIMITED, a Hong Kong
corporation
       Defendants.

Civil Action No.: 05cv01426

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF
TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS**

Plaintiff K-2 Corporation ("K2") hereby moves for an extension of time in which to file its response to the counterclaim filed by Defendants Goodwell International Limited and Neil Pryde Limited ("Defendants"). On January 10, 2006, Defendants filed a collective "Answer and Counter-Claims of Defendants and Counter-Claimants" with this Court. K2's pleading in response to Defendants' counterclaims is due on February 2, 2006. K2 respectfully requests an additional twenty (20) days, until February 22, 2006, to prepare its response to Defendants' counterclaims. The undersigned counsel for K2 certifies that he has consulted with counsel for the Defendants, who has consented to such an extension.

WHEREFORE, K2 respectfully requests that this Court enter an Order extending the time in which to file any pleading in response to Defendants' counterclaims until February 22, 2006. For the convenience of the Court, a copy of a proposed order is attached with this motion.

Respectfully submitted,

*[signature: Alexander M. Bullock]*

Alexander M. Bullock (Bar # 446168)
KILPATRICK STOCKTON, LLP
607 14th Street, NW, Suite 900
Washington, DC  20037
Telephone: (202) 824-1416
Facsimile: (202) 585-0065
E-Mail:  abullock@kilpatrickstockton.com

January 25, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of January, 2006, I caused to be served a true and correct copy of the foregoing "Plaintiff's Consent Motion for an Extension of Time to Answer Defendants' Counterclaims" by electronic mail addressed to the following:

John E. Gartman, Esq.
Todd G. Miller, Esq.
Fish & Richardson, P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
E-mail: gartman@fr.com
E-mail: miller@fr.com

Linda Liu Kordziel, Esq.
Fish & Richardson, P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331
E-mail: kordziel@fr.com

Counsel for Goodwell International, Limited
and Neil Pryde Ltd.

_____
Alexander M. Bullock

3

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| K-2 CORPORATION, an Indiana corporation,<br>19215 Vashon Highway SW<br>Vashon, WA 98070<br>       Plaintiff,<br>v.<br><br>GOODWELL INTERNATIONAL LIMITED,<br>a Virgin Islands (Br.) Limited Company<br><br>NEIL PRYDE LIMITED, a Hong Kong corporation<br>       Defendants. | Civil Action No.: 05cv01426 |

## ORDER GRANTING K2 CORPORATION'S CONSENT MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS

Plaintiff K2 Corporation has moved for an extension of time until February 22, 2006, in which to respond to the counterclaims of Defendants Goodwell International Limited and Neil Pryde Limited ("Defendants"). Counsel for Defendants has consented to this motion.

Therefore, Plaintiff K2 Corporation's Motion for an extension of time until February 22, 2006, in which to respond to Defendants' counterclaims is hereby GRANTED.

SO ORDERED on this ___ day of January, 2006.


                                                      _____
                                                      The Hon. Reggie B. Walton
                                                      United States District Judge