UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| K-2 CORPORATION, an Indiana corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>GOODWELL INTERNATIONAL LIMITED, a Virgin Islands (Br.) Limited Company; NEIL PRYDE LIMITED, a Hong Kong corporation,<br><br>      Defendants. | Case No. 1:05CV01426<br><br>Judge Reggie B. Walton<br>Courtroom 5 |
| GOODWELL INTERNATIONAL LIMITED, a Virgin Islands (Br.) Limited Company; and NEIL PRYDE LIMITED, a Hong Kong corporation,<br><br>      Counter-claimants,<br>  v.<br><br>K-2 CORPORATION, an Indiana corporation,<br><br>      Counter-defendant, | |

**NOTICE OF PARTY ADDRESS INFORMATION**

      Defendants and Counter-claimants Goodwell International Limited, a Virgin Islands (Br.) Limited Company, and Neil Pryde Limited, a Hong Kong corporation, provide the following address information pursuant to Local Civil Rule 5.1(e):

      Goodwell International Limited
      Columbus Center Building
      Road Town, Tortola
      Virgin Islands

Neil Pryde Limited
20/F YKK Building, Phase 2,
No. 2 San Lik Street,
Tuen Mun, Hong Kong

Dated: February 9, 2006                    FISH & RICHARDSON P.C.

                                           By:__/s/_____
                                               Todd G. Miller (*appearing pro hac vice*)
                                           John E. Gartman (*appearing pro hac vice*)
                                           12390 El Camino Real
                                           San Diego, CA 92130
                                           Telephone:  858-678-5070
                                           Facsimile:  858-678-5099
                                           Email:  gartman@fr.com
                                           Email:  miller@fr.com

                                           Linda L. Kordziel (D.C. Bar # 446386)
                                           Fish & Richardson P.C.
                                           1425 K Street, N.W., 11th floor
                                           Washington, D.C.  20005
                                           Telephone:  202-783-5070
                                           Facsimile:   202-783-2331
                                           Email:  kordziel@fr.com

                                           Attorneys for Defendants/Counter-claimants
                                           Goodwell International Limited; Neil Pryde Limited

10596885.doc