UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| K-2 CORPORATION, an Indiana corporation,<br><br>    Plaintiff/Counter-defendant<br><br>v.<br><br>GOODWELL INTERNATIONAL LIMITED, a Virgin Islands (Br.) Limited Company; and NEIL PRYDE LIMITED, a Hong Kong corporation<br><br>    Defendant/Counter-Plaintiff | No. 1:05 CV 01426 (RBW) |

**MOTION FOR THE ADMISSION *PRO HAC VICE* OF W. DAVID SHENK**

Pursuant to LCvR83.2, the undersigned, a member in good standing of the bar of this Court, respectfully moves for the admission of W. David Shenk, Esq., *pro hac vice* to represent Plaintiff in the above-captioned matter.

I represent that:

1.    Mr. Shenk's full name is W. David Shenk. His office address is Christensen, O'Connor, Johnson, and Kindness, 1420 Fifth Avenue Suite 2800 Seattle, WA 98101-2347, telephone (206) 682-8100, facsimile (206) 224-0779. His e-mail address is david.shenk@cojk.com.

2.    Mr. Shenk has been a member in good standing of the Washington State Bar since 2000 and the Nevada Bar since 1994. Mr. Shenk is also admitted to practice before the United States District Court for Western Washington, United States District Court for the District of Nevada, the United States Court of Appeals for the Federal Circuit and the United States Court of Appeals for the Ninth Circuit.

3. Mr. Shenk is a member in good standing of the courts listed above and never has been denied admission nor disciplined in any court. He was admitted pro hac vice in this Court May 2005, in the matter of <u>Microsenor, Inc. vs SMK Corporation</u>, Cause No 1:05cv00342.

4. Mr. Shenk' qualifications to be admitted pro hac vice in this matter are more fully set forth in the accompanying Declaration of W. David Shenk (attached as Exhibit 1).

Respectfully submitted,

_____
Alexander M. Bullock (D. C. Bar No. 446168)
Kilpatrick Stockton, LLP
607 14th Street, NW, Suite 900
Washington, DC 20005
Telephone No.: (202) 508-5800
Facsimile No.: (202) 508-5885
E-mail: abullock@kilpatrickstockton.com

March 7, 2006