UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| K-2 CORPORATION, an Indiana corporation,<br><br>    Plaintiff/Counter-defendant<br><br>    v.<br><br>GOODWELL INTERNATIONAL LIMITED, a Virgin Islands (Br.) Limited Company; and NEIL PRYDE LIMITED, a Hong Kong corporation<br><br>    Defendant/Counter-Plaintiff | No. 1:05 CV 01426 (RBW) |

## ORDER ADMITTING W. DAVID SHENK *PRO HAC VICE*

It appearing to the Court that W. David Shenk, attorney-at-law, stated by declaration that he meets the requirements for admission *pro hac vice* in this case and he is in good standing to practice in the State of Washington.

IT IS HEREBY ORDERED that the Motion for Admission *pro hac vice* of W. David Shenk to appear in the United States District Court for the District of Columbia is hereby GRANTED.

SO ORDERED this _____ day of _____, 2006.

_____
The Hon. Reggie B. Walton
United States District Judge