UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| K-2 CORPORATION, an Indiana corporation,<br><br>  Plaintiff/Counter-defendant<br><br>v.<br><br>GOODWELL INTERNATIONAL LIMITED, a Virgin Islands (Br.) Limited Company; and NEIL PRYDE LIMITED, a Hong Kong corporation<br><br>  Defendant/Counter-Plaintiff | No. 1:05 CV 01426 (RBW) |

### MOTION FOR THE ADMISSION *PRO HAC VICE* OF JERALD E. NAGAE

Pursuant to LCvR83.2, the undersigned, a member in good standing of the bar of this Court, respectfully moves for the admission of Jerald E. Nagae, Esq., *pro hac vice* to represent Plaintiff in the above-captioned matter.

I represent that:

1. Mr. Nagae's full name is Jerald E. Nagae. His office address is Christensen, O'Connor, Johnson, and Kindness, 1420 Fifth Avenue Suite 2800 Seattle, WA 98101-2347, telephone (206) 682-8100, facsimile (206) 224-0779. His e-mail address is jerry.nagae@cojk.com.

2. Mr. Nagae has been a member in good standing of the Washington State Bar since 1978. Mr. Nagae is also admitted to practice before the United States District Court for Western Washington, and the United States Court of Appeals for the Ninth Circuit.

3. Mr. Nagae is a member in good standing of the courts listed above and never has May 2005 in the matter of <u>Microsensor vs SMK Corporation</u>, cause number 1:05cv00342.

4. Mr. Nagae's qualifications to be admitted pro hac vice in this matter are more fully set forth in the accompanying Declaration of Jerald E. Nagae (attached as Exhibit 1).

Respectfully submitted,

_____
Alexander M. Bullock (D. C. Bar No. 446168)
Kilpatrick Stockton, LLP
607 14th Street, NW, Suite 900
Washington, DC 20005
Telephone No.: (202) 508-5800
Facsimile No.: (202) 508-5885
E-mail: abullock@kilpatrickstockton.com

March 7, 2006