UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| K-2 CORPORATION, an Indiana corporation,<br><br>    Plaintiff/Counter-defendant<br><br>    v.<br><br>GOODWELL INTERNATIONAL LIMITED, a Virgin Islands (Br.) Limited Company; and NEIL PRYDE LIMITED, a Hong Kong corporation<br><br>    Defendant/Counter-Plaintiff | No. 1:05 CV 01426 (RBW) |

### DECLARATION OF JERALD E. NAGAE

1.    I hereby request leave of this Court to appear in this matter as counsel *pro hac vice*. I have been retained to so appear in association with Alexander M. Bullock, who is counsel of record for Plaintiff and is an active member of the bar of this Court.

2.    My full name is Jerald E. Nagae. I am a resident of the State of Washington. My office address is Christensen, O'Connor, Johnson, and Kindness, 1420 Fifth Avenue Suite 2800 Seattle, WA 98101-2347. My telephone number is (206) 682-8100 and my facsimile number is (206) 224-0779. My e-mail address is jerry.nagae@cojk.com.

3.    I have been a member in good standing with the Washington State Bar since 1978.

- United States District Court for the Western District of Washington
- United States Court of Appeals for the Ninth Circuit

4.    I have never resigned nor been reprimanded, suspended, placed on inactive status or disbarred from the practice of law, and there are no grievances pending against me.

5.  I was admitted *pro hac vice* in this Court in May 2005, in the matter of Microsensor, Inc. vs SMK Corporation, cause number 1:05cv00342.

6.  I personally do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar and do not have an application for membership pending.

I have read the foregoing Declaration of two (2) typewritten pages and swear that it is true and correct.

_____
Jerald E. Nagae

Dated: March 6, 2006