# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| K-2 CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1426 (RBW) |
| | ) | |
| GOODWELL INTERNATIONAL LTD., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
_____)

## ORDER

In accordance with the Court's oral orders issued during the scheduling conference held on May 23, 2006, it is hereby

**ORDERED** that the parties shall exchange initial disclosures under Rule 26(a)(1) by June 30, 2006.  It is further

**ORDERED** that this matter shall be referred to the Court's mediation program for the purposes of settlement discussion to commence on July 3, 2006, and to conclude on September 8, 2006.  Said mediation shall be conduced by an experienced patent law practitioner if one is available.  It is further

**ORDERED** that any amendment of pleadings or joinder of additional parties shall occur by July 14, 2006.  It is further

**ORDERED** that factual discovery shall close on February 2, 2007.  It is further

**ORDERED** that the plaintiff's expert disclosures under Federal Rule of Civil Procedure 26(a)(2) shall be served by March 2, 2007.  It is further

**ORDERED** that the defendants' expert disclosures under Rule 26(a)(2) shall be served by March 30, 2007.  It is further

**ORDERED** that all discovery in this matter shall close on April 30, 2007.  It is further

**ORDERED** that claims construction briefs are due by June 4, 2007, and responses are due by June 25, 2007.  It is further

**ORDERED** that a hearing on the claims construction motions shall be held, if necessary, on July 20, 2007, at 9:30 a.m.  It is further

**ORDERED** that dispositive motions shall be filed by September 10, 2007.  Oppositions thereto shall be filed by October 8, 2007, and replies, if any, shall be filed by October 22, 2007. It is further

**ORDERED** that a pretrial conference in this matter shall be held, if necessary, on January 25, 2008, at 9:30 a.m.

**SO ORDERED** this 24th day of May, 2006.


REGGIE B. WALTON
United States District Judge