UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| K-2 CORPORATION,<br><br>    Plaintiff/Counter-defendant<br><br>v.<br><br>GOODWELL INTERNATIONAL LIMITED and NEIL PRYDE LIMITED,<br><br>    Defendants/Counter-plaintiffs | No. 1:05 CV 01426 (RBW) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff/Counter-defendant K-2 Corporation ("K-2") and Defendants/Counter-plaintiffs Goodwell International Limited ("Goodwell") and Neil Pryde Limited ("Neil Pryde") hereby inform the Court that they have reached an agreement settling their respective claims for relief asserted against each other in this case.  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the settlement reached between the parties, Plaintiff/Counter-defendant K-2 and Defendants/Counter-plaintiffs Goodwell and Neil Pryde stipulate and agree that all claims, counterclaims and other causes of action that each has brought against the other be dismissed without prejudice, with each party bearing its own expenses, costs and attorneys' fees.

Dated: August 24, 2006                                                         Respectfully submitted.


  /s/ Alexander M. Bullock (with permission)          /s/ Linda Liu Kordziel
Alexander M. Bullock (D. C. Bar No. 446168)          Linda Liu Kordziel (D. C. Bar No. 446386)
Kilpatrick Stockton, LLP                                               Fish & Richardson, P.C
607 14th Street, NW, Suite 900                                   1425 K Street, N.W., Suite 1100
Washington, DC  20005                                              Washington, D.C. 20005
Telephone No.:  (202) 508-5800                                Telephone:  (202) 783-5070
Facsimile No.:  (202) 508-5885                                  Facsimile:  (202) 783-2331
E-mail: abullock@kilpatrickstockton.com              E-mail:  kordziel@fr.com

1

| | |
|---|---|
| Jerald E. Nagae (nagae@cojk.com) | John E. Gartman (gartman@fr.com) |
| W. David Shenk (david@cojk.com) | Todd G. Miller (miller@fr.com) |
| Christensen, O'Connor, Johnson & Kindness | Fish & Richardson, P.C. |
| 1420 Fifth Avenue, Suite 2800 | 12390 El Camino Real |
| Seattle, WA 98101-2347 | San Diego, CA 92130 |
| Telephone: (206) 682.8100 | Telephone: 858-678-5070 |
| Facsimile: (206) 224.0779 | Facsimile: 858-678-5099 |
| Counsel for K-2 Corporation | Counsel for Goodwell International Limited and Neil Pryde Limited |